UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONA SALCIDA MURILLO,

    Plaintiff,

v.

JOHN THICH, et al.,

    Defendants.

Case No. 23-cv-04450-RS (PR)

**ORDER DISSOLVING STAY;**

**ORDER REOPENING ACTION;**

**ORDER OF DISMISSAL**

    The stay of this federal civil rights action is DISSOLVED. The Clerk is directed to REOPEN this action.

    Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. No. 35.) As stated in the notice, each party shall bear its own litigation costs and attorneys' fees. (*Id.*) The Clerk enter judgment, and close the file.

    **IT IS SO ORDERED.**

**Dated:** January  6 , 2025

_____
RICHARD SEEBORG
Chief United States District Judge